## STATE v. MONROE MEDLIN.

(Filed 23 November, 1949.)

**Criminal Law § 80b (4)—**

Where defendant fails to serve case on appeal within the time allowed and takes no steps to perfect his appeal, the motion of the Attorney-General to docket and dismiss will be allowed, but where defendant has been convicted of a capital felony this will be done only after an inspection of the record proper fails to disclose error.

APPEAL by defendant from *Bobbitt, J.,* at August Term, 1949, of MECKLENBURG.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*
*No counsel contra.*

PER CURIAM. The defendant was convicted of murder in the first degree. Sentence of death by asphyxiation was imposed. Defendant gave notice of appeal. No case on appeal was served within the time allowed by the court below, and counsel for defendant in the trial below have notified the Clerk of the Superior Court of Mecklenburg County that they do not "plan to take any further action with reference to the appeal."

The Attorney-General moves to docket and dismiss the appeal. The motion must be allowed, but, according to the usual rule of the Court in capital cases, we have examined the record to see if any error appears. We find no error therein. *S. v. Watson,* 208 N.C. 70, 179 S.E. 455.

Judgment affirmed.
Appeal dismissed.